FILED
CLERK, U.S. DISTRICT COURT

March 31, 2021

CENTRAL DISTRICT OF CALIFORNIA
BY: _____IM_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:21-CR-00062-PSG |
|---|---|
| Plaintiff, | **ORDER OF DETENTION** |
| v. | |
| JESUS RICARDO ALCALA, | |
| Defendant. | |

On March 22, 2021, Defendant Jesus Ricardo Alcala made his initial appearance on the Indictment filed in this matter. Deputy Federal Public Defender Michael Brown was appointed to represent Defendant.

Defendant submitted on the detention recommendation in the Pretrial Services Report.

☒  On motion by the Government [18 U.S.C. § 3142(f)(2)] in a case allegedly involving a serious risk that the defendant will flee.

The Court concludes that the Government is not entitled to a rebuttable presumption that no condition or combination of conditions will

reasonably assure the defendant's appearance as required and the safety or any person or the community [18 U.S.C. § 3142(e)(2)].

The Court finds that no condition or combination of conditions will reasonably assure:

⊠ the appearance of the defendant as required.

⊠ the safety of any person or the community.

The Court has considered the following:

(a) the nature and circumstances of the offense(s) charged, including whether the offense is a crime of violence, a Federal crime of terrorism, or involves a minor victim or a controlled substance, firearm, explosive, or destructive device;

(b) the weight of evidence against the defendant;

(c) the history and characteristics of the defendant; and

(d) the nature and seriousness of the danger to any person or the community.

*See* 18 U.S.C. § 3142(g)  The Court also considered the Indictment and the Report and Recommendation of the U.S. Pretrial Services Agency.

The Court bases its conclusions on the following:

As to risk of non-appearance:

⊠ Failure to appear in superior court in September 2020;

⊠ Use of numerous aliases and identifiers, including 5 social security numbers on file;

⊠ Prior warrants;

⊠ Unverified background and bail resources unknown.

As to danger to the community:

⊠ Criminal history with conduct similar to that charged in the Indictment;

⊠ Substance use/abuse history;

2

☒ Instant allegations.

It is therefore ORDERED that Defendant be detained until trial. The defendant will be committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant will be afforded reasonable opportunity for private consultation with counsel. On order of a Court of the United States or on request of any attorney for the Government, the person in charge of the corrections facility in which defendant is confined will deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding. *See* 18 U.S.C. § 3142(i).

Dated: March 31, 2021

PATRICIA DONAHUE
_____
PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE